# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:02CR341** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **KEVIN L. CHARLES** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 82 be stricken from the Record for the following reason:

( X )   The entry does not have the correct pdf document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 82 from the record and re-docket the entry.

DATED this 22nd day of June, 2005.

                                            BY THE COURT:

                                            s/Thomas D. Thalken
                                            United States Magistrate Judge